IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR RODRIGUEZ,<br><br>　　　　　Petitioner,<br><br>　　vs.<br><br>AMERICAN EXPRESS, et al.,<br><br>　　　　　Respondents.<br>　　　　　　　　　　　　　　　　　／ | CASE NO. CV-F-03-5949 AWI LJO<br><br>**ORDER ON DEFENDANT BANK OF AMERICA'S MOTION TO COMPEL DISCOVERY AND FOR SANCTIONS**<br>(Doc. 152.) |

　　　　In this action seeking relief from creditors under the Soldiers and Sailors' Civil Relief Act, 50 U.S.C. Appendix §§ 501-593, respondent Bank of America seeks petitioner Oscar Rodriguez' ("Mr. Rodriguez'") further written discovery responses and document production and to impose a sanction on him. This Court issued its October 28, 2004 scheduling order to set discovery and motion deadlines. As to nonexpert discovery, the order states: "All nonexpert discovery and **related discovery motions (including motions to compel)** shall be completed or **heard** no later than **June 17, 2005**." (Bold in original and added.)

　　　　On August 8, 2005, Bank of America filed its papers to seek Mr. Rodriguez' further written responses to its interrogatories, requests for admission and documents requests and Mr. Rodriguez' further document production. Bank of America further seeks to impose a $1,710 sanction on Mr. Rodriguez and incorrectly set a September 12, 2005 hearing for its discovery motions before the district judge.[1] Bank of America's papers expressly refer to the June 17, 2005 discovery cutoff and in turn, the

---

[1] The hearing should have been set before the undersigned.

1

deadline of the same date to hear discovery motions. Bank of America's papers fail to show this Court the courtesy to explain which particular discovery items are in dispute and **how** Mr. Rodriguez' particular responses are deficient. This Court admonishes Bank of America that this Court is not in a position to do Bank of America's work for it.

In short, Bank of America's motion to compel further discovery and to impose a sanction is untimely and fails to explain how and why Bank of America is entitled to relief. As such, this Court DENIES Bank of America's motion to compel Mr. Rodriguez' further discovery responses and to impose a sanction on him. Mr. Rodriguez and the other respondents need not respond to Bank of America's motion to compel further discovery and to impose a sanction.

IT IS SO ORDERED.

**Dated:   August 9, 2005**             **/s/ Lawrence J. O'Neill**
66h44d                                          UNITED STATES MAGISTRATE JUDGE