IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR RODRIGUEZ JR., dba,<br>Pacific Construction Concepts,<br><br>           Plaintiff,<br><br>   v.<br><br>AMERICAN EXPRESS, et al.,<br><br>           Defendants. | CV F 03-5949 AWI LJO<br><br>ORDER DIRECTING<br>PLAINTIFF TO INFORM THE<br>COURT WHEN PLAINTIFF<br>WILL BE ABLE TO OPPOSE<br>DEFENDANTS' MOTIONS |

     Pending before the court are Defendant Bank of America's motion for summary judgment set for hearing on September 12, 2005, Defendant Citibank USA, National Association's motion for summary judgment set for hearing on September 19, 2005, and Defendant American Express Travel Related Services Company, Inc.'s motion for summary judgment set for hearing on September 26, 2005.   On August 23, 2005, the court received a fax from Timothy E. Fuller, SMSgt, USAFR.  In the fax, SMSgt Fuller states that Plaintiff Oscar Rodriguez is a member of the 349th Aircraft Maintenance Squadron, 349th Air Mobility Wing, Travis Air Force Base. Plaintiff will be performing his Annual Tour from September 10 through September 25, 2005.

      Plaintiff is hereby informed that he cannot litigate this case by faxing letters to the court that are not served on opposing counsel.   If Plaintiff needs to have the pending motions continued because of Plaintiff's military service, Plaintiff should file a request for a continuance that is served on opposing counsel.

1  The court recognizes that Plaintiff will be unable to file oppositions and appear at
2 hearings during his annual tour.  As such, in the interests of justice, the court will continue the
3 pending motions.   However, the court needs some indication from Plaintiff as to when he will be
4 able to file oppositions and appear at a court hearing.

5  Accordingly, Plaintiff is DIRECTED to file a motion to continue the pending motions for
6 summary judgment, along with providing a date by which Plaintiff can file oppositions to the
7 pending motions and appear at a hearing, by September 9, 2005.   Plaintiff's motion to continue
8 must be filed with the court and served on all opposing counsel.   If Plaintiff is unable to litigate
9 this case for some time because of his military service, Plaintiff should file a motion to stay this
10 action.  Such a motion must be filed with the court and served on all opposing counsel and
11 include evidence of Plaintiff's continued military service.

13 IT IS SO ORDERED.

14 **Dated:    August 29, 2005**              **/s/ Anthony W. Ishii**
0m8i78                                UNITED STATES DISTRICT JUDGE

2