IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR RODRIGUEZ JR., dba,<br>Pacific Construction Concepts,<br><br>             Plaintiff,<br><br>   v.<br><br>AMERICAN EXPRESS, et al.,<br><br>             Defendants.<br>_____ | CV F 03-5949 AWI LJO<br><br>ORDER VACATING SEPTEMBER 12, 2005, SEPTEMBER 19, 2005, AND SEPTEMBER 26, 2005 HEARING DATES<br><br>ORDER SETTING NEW HEARINGS FOR NOVEMBER 14, 2005 |

      Pending before the court are Defendant Bank of America's motion for summary judgment set for hearing on September 12, 2005, Defendant Citibank USA, National Association's motion for summary judgment set for hearing on September 19, 2005, Defendant American Express Travel Related Services Company, Inc.'s motion for summary judgment set for hearing on September 26, 2005, and Defendant Valley First Credit Union's motion for summary judgment set for hearing on September 26, 2005.

      On August 23, 2005, the undersigned received a fax from Timothy E. Fuller, SMSgt, USAFR.  The fax was sent to the undersigned's chambers.  In the fax, SMSgt Fuller states that Plaintiff Oscar Rodriguez is a member of the 349th Aircraft Maintenance Squadron, 349th Air Mobility Wing, Travis Air Force Base, and Plaintiff will be performing his Annual Tour from September 10 through September 25, 2005.

      On August 30, 2005, the court informed Plaintiff that he cannot litigate this case by faxing letters to the undersigned's chambers that are not served on opposing counsel.  However,

in the interests of justice, the court gave Plaintiff the opportunity to file a request to continue the motions for summary judgment until after Plaintiff's Annual Tour was completed.

On September 8, 2005, the court received a fax from Plaintiff.  This fax was again sent to the undersigned's chambers.  In the fax, Plaintiff states that he could file oppositions to Defendants' motions by October 25, 2005.   The fax indicates that it was served on opposing counsel.  To date, Plaintiff has not filed his request with the court.

The court will remind Plaintiff one last time that he cannot litigate this case by faxing documents to the undersigned's chambers.   The court will ignore all future faxes from Plaintiff or anyone sending documents on Plaintiff's behalf to the chamber's fax number.  Plaintiff must file all documents in this case by mail or in person at:  Untied States District Court for the Eastern District of California, 1130 "O" Street, Fresno, California  93720.[1]

While the court would normally ignore the request faxed to chambers until Plaintiff files this request, the court finds that it would prejudice Defendants to not know on what dates they need to appear in court.   Accordingly, the court orders as follows:

1. The hearing dates currently set in this matter for September 12, 2005, September 19, 2005, and September 26, 2005 are VACATED;

2. Plaintiff may file any oppositions to Defendants' motions for summary judgment by October 25, 2005;

3. Defendants may file any replies to Plaintiff's oppositions by November 1, 2005; and

4. The hearing on Defendants' motions for summary judgment is set for November 14, 2005.

IT IS SO ORDERED.

**Dated:     September 9, 2005**             /s/ Anthony W. Ishii
0m8i78                                  UNITED STATES DISTRICT JUDGE

---

[1] Parties also may file electronically.  If Plaintiff wishes to sign up for electronic filing, Plaintiff should contact the Clerk of the Court at 559-498-7483.