# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR RODRIGUEZ JR., dba,<br>Pacific Construction Concepts,<br><br>   Plaintiff,<br><br>   v.<br><br>AMERICAN EXPRESS, et al.,<br><br>   Defendants. | CV F 03-5949 AWI LJO<br><br>**ORDER VACATING TRIAL DATE<br>AND PRETRIAL CONFERENCE** |

Pending before the court are Defendant Bank of America's motion for summary judgment, Defendant Citibank USA, National Association's motion for summary judgment, Defendant American Express Travel Related Services Company, Inc.'s motion for summary judgment, and Defendant Valley First Credit Union's motion for summary judgment. Because of Plaintiff's military service, these motions were postponed and hearing on Defendants' summary judgment motions is currently set for November 17, 2005.

Trial in this action is set for November 29, 2005, and the pretrial conference is set for October 19, 2005. Because the hearing dates on Defendants' motions for summary judgment were postponed, the court will not be able to proceed to trial on the previously set trial date. After ruling on Defendants' motions for summary judgment, the court will set a new trial date.

Accordingly, the court orders as follows:

1. The pretrial conference hearing currently set in this matter for October 19, 2005 is VACATED;

1  2.    The trial currently set in this matter for November 29, 2005 is VACATED; and

2  3.    The court will set a new trial date after the court rules on Defendants' pending motions

3        for summary judgment.

5  IT IS SO ORDERED.

6  **Dated:**   **September 16, 2005**                  **/s/ Anthony W. Ishii**
   0m8i78                                    UNITED STATES DISTRICT JUDGE