**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OSCAR RODRIGUEZ JR. dba PACIFIC CONSTRUCTION CONCEPTS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>AMERICAN EXPRESS, ADVANTA, BANK ONE, BANK OF AMERICA, CITIBANK, DISCOVER, FORD CREDIT, HOME DEPOT, LOWES COMPANIES, INC., INTERNAL REVENUE SERVICE, NEXTEL COMMUNICATIONS, PINE MOUNTAIN LAKE, U.S. BANKCORP, VALLEY FIRST CREDIT UNION, WELLS FARGO BANK, NBMA, and DOES 1-100, INCLUSIVE,<br><br>　　　　**Defendant**s | CV F 03-5949   AWI LJO<br><br>ORDER VACATING HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT SCHEDULED FOR NOVEMBER 14, 2005, AND CONTINUING DEADLINES FOR FILING OF PLAINTIFF'S OPPOSITION AND DEFENDANTS' REPLY BRIEFING |

　　　　In this action for damages and relief under the Soldiers and Sailors Civil Relief Act, plaintiff Oscar Rodriguez, Jr. ("Plaintiff") has moved to continue the hearing on motions for summary judgment by defendants Citibank, Bank of America, American Express, and Valley First Credit Union (collectively "Defendants"). The court concludes, based on its examination of the docket report, that the Defendants who have filed motions for summary judgment represent the named Defendants who remain in this case with the possible exception of Nextel Communications, who is a defendant named in the caption in this case but whose name does

not appear at all in the docket report.  The court presumes at this point that Nextel Communications is not currently a party to this case.

Plaintiff has requested a continuation of the proceedings because of being called to active duty in the Air Force.  Defendants have not objected.

THEREFORE, good cause appearing and in the absence of objection, Plaintiff's motion to continue proceedings pertaining to Defendants' motion for summary judgment is HEREBY GRANTED.  Further briefing pertaining to Defendants' motions for summary judgment is due as follows:

1. Any opposition by Plaintiff to Defendants' motions for summary judgment shall be filed and served not later than Friday, December 9, 2005.  If Plaintiff contends that Nextel Communications remains a party to this case, Plaintiff shall so state and make reference to documents currently before the court that establish Nextel Communications status as a party.

2. Any reply by Defendants to Plaintiff's opposition to their motions for summary judgment shall be filed and served not later than Friday, December 13, 2005.

3. The November 14, 2005, date for hearing on Defendants' motions for summary judgment is HEREBY VACATED.  Pursuant to Local Rule 78-230(h), the court finds the matter is suitable for decision without oral argument.  Should the court determine oral argument would be helpful in resolving an issue, the parties will be notified not less than two weeks in advance of any scheduled hearing date.

IT IS SO ORDERED.

Dated:   November 8, 2005                    /s/ Anthony W. Ishii
0m8i78                                       UNITED STATES DISTRICT JUDGE

2