IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR RODRIGUEZ JR. dba PACIFIC CONSTRUCTION CONCEPTS,<br><br>    **Plaintiff**,<br><br>    v.<br><br>AMERICAN EXPRESS, ADVANTA, BANK ONE, BANK OF AMERICA, CITIBANK, DISCOVER, FORD CREDIT, HOME DEPOT, LOWES COMPANIES, INC., INTERNAL REVENUE SERVICE, NEXTEL COMMUNICATIONS, PINE MOUNTAIN LAKE, U.S. BANKCORP, VALLEY FIRST CREDIT UNION, WELLS FARGO BANK, NBMA, and DOES 1-100, INCLUSIVE,<br><br>    **Defendant**s | CV F 03-5949   AWI LJO<br><br>**ORDER SETTING SCHEDULE FOR CONTINUATION OF BRIEFING ON DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT AND DENYING FURTHER STAY** |

    In this action for damages and relief under the Soldiers and Sailors Civil Relief Act, the court's order of December 15, 2005, ordered plaintiff Oscar Rodriguez, Jr. ("Plaintiff") to "file and serve a declaration setting forth facts under oath or affirmation that support his request for stay of proceedings in conformity with [50 App. U.S.C.,] section 522(b)(2)(A), and a letter from Plaintiff's commanding officer in conformity with section 522(b)(2)(B)." Doc. 182 at 3. On December 29, 2005, Plaintiff filed a declaration stating Plaintiff "will be able to appear March 9, 2006," which is a date 90 days from the due date for Plaintiff's opposition to the

motion for summary judgment. The declaration submitted by Plaintiff on December 29, 2005, states Plaintiff's commanding officer is not available until January 28 and 29, 2006. With regard to facts that pertain to plaintiffs' ability to appear, the declaration states only that Plaintiff was "on orders" at the time his opposition brief was due.

The court has examined Plaintiff's declaration and finds it does not set forth facts that address the manner in which current military requirement materially affects the Plaintiff's ability to appear with sufficient specificity. The court therefore concludes that any further stay is not warranted. While the court will deny further stay of proceedings pursuant to the Soldiers and Sailors Civil Relief Act, the denial will have little, if any, effect on the proceedings. The court notes that Plaintiff will be able to appear on March 9, 2006. The court will therefore set a briefing schedule that will grant sufficient time to Plaintiff to prepare opposition to any or each of the motions for summary judgment and for reply briefing.

THEREFORE, it is hereby ORDERED that:

1. Plaintiff's motion for further stay of proceedings is DENIED.
2. Plaintiff shall file and serve any opposition or oppositions to Defendants' motions for summary judgement on or before 4:00 p.m. Thursday, March 9, 2006.
3. Any reply briefs shall be filed and served not later than 4:00 p.m. Thursday, March 16, 2006.
4. As of Friday, March 17, 2006, the matter will be taken under submission and the court will thereafter render its decision.

IT IS SO ORDERED.

**Dated:   February 7, 2006**             **/s/ Anthony W. Ishii**
h2ehf                                     UNITED STATES DISTRICT JUDGE