IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR RODRIGUEZ JR. dba PACIFIC CONSTRUCTION CONCEPTS, <br><br>　　　　Plaintiff, <br><br>　v. <br><br>AMERICAN EXPRESS, ADVANTA, BANK ONE, BANK OF AMERICA, CITIBANK, DISCOVER, FORD CREDIT, HOME DEPOT, LOWES COMPANIES, INC., INTERNAL REVENUE SERVICE, NEXTEL COMMUNICATIONS, PINE MOUNTAIN LAKE, U.S. BANKCORP, VALLEY FIRST CREDIT UNION, WELLS FARGO BANK, NBMA, and DOES 1-100, INCLUSIVE, <br><br>　　　　**Defendant**s | CV F 03-5949   AWI LJO <br><br>ORDER EXTENDING TIME TO FILE REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS PURSUANT TO REQUEST BY DEFENDANTS BANK OF AMERICA AND AMERICAN EXPRESS |

　　　In this action for relief under the Soldiers and Sailors Act, defendants Bank of America and American Express have request a one-week extension of time for filing of their reply to Plaintiff's opposition to Defendants' motion to dismiss.  Defendant point out Plaintiff's opposition was filed one day late and allege that service of Plaintiff's opposition was not served timely.

　　　THEREFORE, good cause appearing, the motion of defendants Bank of America and

American Express for extension of time to file reply briefing is hereby GRANTED.  Reply briefs by defendants Bank of America and American Express shall be filed and served not later than Wednesday, March 22, 2006.

IT IS SO ORDERED.

**Dated:   March 16, 2006**              **/s/ Anthony W. Ishii**
h2ehf                                    UNITED STATES DISTRICT JUDGE