| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR RODRIGUEZ JR. dba PACIFIC CONSTRUCTION CONCEPTS,<br><br>             Plaintiff,<br><br>        v.<br><br>AMERICAN EXPRESS, ADVANTA, BANK ONE, BANK OF AMERICA, CITIBANK, DISCOVER, FORD CREDIT, HOME DEPOT, LOWES COMPANIES, INC., INTERNAL REVENUE SERVICE, NEXTEL COMMUNICATIONS, PINE MOUNTAIN LAKE, U.S. BANKCORP, VALLEY FIRST CREDIT UNION, WELLS FARGO BANK, NBMA, and DOES 1-100, INCLUSIVE,<br><br>             Defendants | CV F 03-5949   AWI LJO<br><br>AMENDMENT TO ORDER EXTENDING TIME TO FILE REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS PURSUANT TO REQUEST BY DEFENDANTS BANK OF AMERICA AND AMERICAN EXPRESS |

   Counsel for defendant Bank of America has moved for clarification of the court's order of March 16, 2006, granting Defendants' motion for extension of time to file briefs in reply to Plaintiff's opposition to Defendants' motions to dismiss.  Counsel's intent was to request that the extension be granted as to all responding parties, not solely to American Express and Bank of America.  In the intervening time, the court has been made aware that problems of timely service of Plaintiff's opposition may be applicable to other responding parties.

1  THEREFORE, in consideration of the above and good cause appearing, the court's order of March 16, 2006, granting extension of time to file responsive briefs to Plaintiff's opposition to Defendants' motions to dismiss is hereby AMENDED, granting extension of time to Wednesday, March 2 2, 2006, for ANY responding party to file and serve a reply brief.

IT IS SO ORDERED.

**Dated:   March 17, 2006**                         **/s/ Anthony W. Ishii**
h2ehf                                                                    UNITED STATES DISTRICT JUDGE