**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OSCAR RODRIGUEZ JR. dba PACIFIC CONSTRUCTION CONCEPTS,<br><br>            **Plaintiff**,<br><br>   v.<br><br>AMERICAN EXPRESS, ADVANTA, BANK ONE, BANK OF AMERICA, CITIBANK, DISCOVER, FORD CREDIT, HOME DEPOT, LOWES COMPANIES, INC., INTERNAL REVENUE SERVICE, NEXTEL COMMUNICATIONS, PINE MOUNTAIN LAKE, U.S. BANKCORP, VALLEY FIRST CREDIT UNION, WELLS FARGO BANK, NBMA, and DOES 1-100, INCLUSIVE,<br><br>            **Defendant**s | CV F 03-5949   AWI LJO<br><br>**ORDER VACATING HEARING DATE OF MAY 22, 2006, AND TAKING MATTER UNDER SUBMISSION** |

On April 7, 2006, the court issued a memorandum opinion and order denying defendant Valley First Credit Union's ("Valley First") motion for summary judgment. Valley First has noticed a motion for reconsideration. The matter was scheduled for oral argument to be held May 22, 2006. The Court has reviewed Valley First's motion and has determined that the motion is suitable for decision without oral argument. Local Rule 78-230(h). No opposition to the motion for reconsideration has been filed and consequently the motion may not be opposed at oral argument. Local Rule 78-230(b).

1  Therefore, IT IS HEREBY ORDERED that the previously set hearing date of May 22,
2  2006, is VACATED, and no party shall appear at that time. As of May 22, 2006, the Court will
3  take the matter under submission, and will thereafter issue its decision.

5  IT IS SO ORDERED.

6  **Dated:   May 19, 2006**                              **/s/ Anthony W. Ishii**
   h2ehf                                                  UNITED STATES DISTRICT JUDGE