**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OSCAR RODRIGUEZ JR. dba PACIFIC CONSTRUCTION CONCEPTS,<br><br>        **Plaintiff**,<br><br>v.<br><br>AMERICAN EXPRESS, ADVANTA, BANK ONE, BANK OF AMERICA, CITIBANK, DISCOVER, FORD CREDIT, HOME DEPOT, LOWES COMPANIES, INC., INTERNAL REVENUE SERVICE, NEXTEL COMMUNICATIONS, PINE MOUNTAIN LAKE, U.S. BANKCORP, VALLEY FIRST CREDIT UNION, WELLS FARGO BANK, NBMA, and DOES 1-100, INCLUSIVE,<br><br>        **Defendant**s | CV F 03-5949   AWI LJO<br><br>**ORDER TO SHOW CAUSE WHY ANY REMAINING PARTIES SHOULD NOT BE DISMISS, CASE CLOSED AND FINAL JUDGMENT ENTERED** |

    In this action by plaintiff Oscar Rodriguez ("Plaintiff") pursuant to the Soldier's and Sailor's Act Civil Relief Act, for damages and injunctive relief, the court issued orders on April 7, 2006, and June 8, 2006, dismissing all claims for relief as to what the court is informed and believes are the four remain defendant parties in this action. The four defendant parties that were dismissed by the orders of April 7 and June 8 are CitiBank USA, Bank of America, American Express Travel Related Services, and Valley First Credit Union.

    Given the multi-defendant nature of this action and given the fact that parties have been

1 dismissed at intervals, the court will accord Plaintiff an opportunity to bring to the court's
2 attention any party that remains in this action or any reason why final judgment should not be
3 entered and the case closed.

5   THEREFORE, it is hereby ORDERED that Plaintiff shall file and serve a response to
6 this order to show cause stating the name and status of any party remaining in this action or any
7 reason why this case should not be closed.  Plaintiff's response shall be filed not later than
8 Friday, June 30, 2006.  No other party shall respond to this order except as may later be ordered
9 by the court.  If no response is filed by June 30, 2006, the case will be closed and final
10 judgment entered.

12 IT IS SO ORDERED.

13 **Dated: June 23, 2006**      **/s/ Anthony W. Ishii**
0m8i78             UNITED STATES DISTRICT JUDGE