**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **OSCAR RODRIGUEZ JR. dba PACIFIC CONSTRUCTION CONCEPTS,**<br><br>        **Plaintiff**,<br><br>    v.<br><br>**AMERICAN EXPRESS, ADVANTA, BANK ONE, BANK OF AMERICA, CITIBANK, DISCOVER, FORD CREDIT, HOME DEPOT, LOWES COMPANIES, INC., INTERNAL REVENUE SERVICE, NEXTEL COMMUNICATIONS, PINE MOUNTAIN LAKE, U.S. BANKCORP, VALLEY FIRST CREDIT UNION, WELLS FARGO BANK, NBMA, and DOES 1-100, INCLUSIVE,**<br><br>        **Defendant**s | CV F 03-5949   AWI LJO<br><br>**ORDER DIRECTING ENTRY OF JUDGMENT, ENTRY OF DEFAULT JUDGMENT, DISMISSAL OF ANY REMAINING DEFENDANTS, AND CLOSING CASE** |

   In this is an action by plaintiff Oscar Rodriguez ("Plaintiff") pursuant to the Soldier's and Sailor's Civil Relief Act for damages and injunctive relief, the court issued an order on June 26, 2006, directing Plaintiff to show cause why any remaining parties should not be dismissed from this action. The court is informed that the four defendant parties that were dismissed by the orders of April 7 and June 8, 2006, CitiBank USA, Bank of America, American Express Travel Related Services, and Valley First Credit Union, are the only defendant parties remaining in this action. The court's order to show cause was therefore

1  Plaintiff's opportunity to state the contrary before final entry of judgment.

2  Based on the absence of any response by Plaintiff to the court's order to show cause, the
3  court concludes that, with the grants of the motions for summary judgment by defendants
4  CitiBank USA, Bank of America, American Express Travel Related Services, and Valley First
5  Credit Union, there are no remaining claims by Plaintiff against any defendant party.

7  THEREFORE, it is hereby ORDERED that the Clerk of the Court shall ENTER
8  JUDGMENT as to CitiBank USA, Bank of America, American Express Travel Related
9  Services, and Valley First Credit Union.  All pending motions for entry of partial judgment are
10 hereby DENIED as moot.  Any other defendant parties that were named in the complaint but
11 who have not been dismissed by prior order of the court are hereby DISMISSED with
12 prejudice.  The Clerk of the Court shall also enter default judgment against Plaintiff as to
13 CitiBank USA.  The Clerk of the court shall CLOSE the case.

15 IT IS SO ORDERED.

16 **Dated:**   **July 5, 2006**               /s/ Anthony W. Ishii
   0m8i78                        UNITED STATES DISTRICT JUDGE