IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR RODRIGUEZ JR. dba PACIFIC CONSTRUCTION CONCEPTS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AMERICAN EXPRESS, ADVANTA, BANK ONE, BANK OF AMERICA, CITIBANK, DISCOVER, FORD CREDIT, HOME DEPOT, LOWES COMPANIES, INC., INTERNAL REVENUE SERVICE, NEXTEL COMMUNICATIONS, PINE MOUNTAIN LAKE, U.S. BANKCORP, VALLEY FIRST CREDIT UNION, WELLS FARGO BANK, NBMA, and DOES 1-100, INCLUSIVE,<br><br>　　　　**Defendant**s | CV F 03-5949   AWI LJO<br><br>ORDER DIRECTING CLERK OF THE COURT TO ENTER AMENDED DEFAULT JUDGMENT AS TO DEFENDANT AND COUNTER CLAIMANT CITIBANK |

　　In this is an action by plaintiff Oscar Rodriguez pursuant to the Soldier's and Sailor's Act Civil Relief Act for damages and injunctive relief, the court issued an order on July 6, 2006, directing entry of judgment as to each of the remaining defendants in this case and directing entry of default judgment as to defendant/counter-claimant Citibank USA.  Document # 214.  It has come to the court's attention that the court inadvertently omitted the amount of the default judgment to be entered against plaintiff/counter-defendant Rodriguez.  The court now rectifies that omission.

THEREFORE, it is hereby ORDERED that the Clerk of the Court shall enter default judgment for defendant/counter-claimant Citibank USA, National Association and against plaintiff/counter-defendant Oscar Rodriguez, Jr. Dba Pacific Construction Concepts in the principal amount of $4,107.65 and prejudgment interest in the amount of $219.04, for a total judgment in the amount of $4,398.69.

IT IS SO ORDERED.

**Dated:   July 27, 2006**                    **/s/ Anthony W. Ishii**
0m8i78                                        UNITED STATES DISTRICT JUDGE