UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

| | |
|---|---|
| **OSCAR RODRIGUEZ JR. dba PACIFIC CONSTRUCTION CONCEPTS,** | **AMENDED DEFAULT JUDGMENT** |
| Plaintiff, | |
| v. | **1:03-CV-5949 AWI LJO** |
| **AMERICAN EXPRESS, ADVANTA, BANK ONE, BANK OF AMERICA, CITIBANK, DISCOVER, FORD CREDIT, HOME DEPOT, LOWES COMPANIES, INC., INTERNAL REVENUE SERVICE, NEXTEL COMMUNICATIONS, PINE MOUNTAIN LAKE, U.S. BANKCORP, VALLEY FIRST CREDIT UNION, WELLS FARGO BANK, NBMA, and DOES 1-100, INCLUSIVE,** | |
| Defendants. | |

THIS AMENDED DEFAULT JUDGMENT IS HEREBY ENTERED in favor of defendant and counter-claimant CitiBank USA, National Association, and against the plaintiff and counter-defendant Oscar Rodriguez, Jr., dba Pacific Construction Concepts, in the amount of $4,398.69 ($4,107.65 principal and $219.04 prejudgment interest).

Date: August 1, 2006

JACK L. WAGNER, Clerk

/s/ Michelle Means Rooney
Deputy Clerk